# Court of Appeals
# of the State of Georgia

ATLANTA, February 15, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1079.  LULE v. THE STATE.**

Upon consideration of Appellant's Request for Change of Venue, which we construe as a motion to transfer to the Supreme Court, the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 02/15/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*